SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVNEET GHOTRA, ) | No. C 07-4428-MMC |
|     Petitioner, ) | |
| v. ) | **STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; NANCY ALCANTAR, Field Office Director, Immigration and Customs Enforcement; and ALBERTO GONZALES, Attorney General of the United States, ) | |
|     Respondents. ) | |

    Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing schedule.

    Respondents' Opposition to Habeas Petition:    September 21, 2007

    Petitioner's Reply:    September 28, 2007

    Hearing:    October 12, 2007, at 9:00 a.m.

    The respondents further agree not to remove the petitioner prior to October 19, 2007.

STIPULATION TO A BRIEFING SCHEDULE
C-07-4428-MMC    1

1 | Date: August 29, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: August 29, 2007

/s/
JAMES TODD BENNETT, Esq.
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

MAXINE M. CHESNEY
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-4428-MMC                                    2