SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NAVNEET GHOTRA, ) | No. C 07-4428-MMC |
| ) | |
| Petitioner, ) | |
| ) | **STIPULATION TO A BRIEFING** |
| v. ) | **SCHEDULE; ORDER THEREON** |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; ) | |
| NANCY ALCANTAR, Field Office ) | |
| Director, Immigration and Customs ) | |
| Enforcement; and ALBERTO ) | |
| GONZALES, Attorney General of the ) | |
| United States, ) | |
| ) | |
| Respondents. ) | |
| ) | |

Petitioner, by and through her attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval to the Court, to the following briefing schedule.

Respondents' Opposition to Habeas Petition:     September 21, 2007

Petitioner's Reply:     September 28, 2007

Hearing:     October 12, 2007, at 9:00 a.m.

The respondents further agree not to remove the petitioner prior to October 19, 2007.

STIPULATION TO A BRIEFING SCHEDULE
C-07-4428-MMC                              1

| | | |
|---|---|---|
| 1 | Date: August 29, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 8-9 | Date: August 29, 2007 | /s/<br>JAMES TODD BENNETT, Esq.<br>Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

In light of the parties' stipulation that the hearing on the petition will be conducted on October 12, 2007 and that petitioner will not be removed prior to October 19, 2007, the Court deems petitioner's "Motion for Emergency Stay of Execution and Application For Temporary Stay Order," by which motion petitioner seeks an order prohibiting removal pending a ruling on the merits of the instant petition, to be withdrawn without prejudice to renoticing.

Dated: August 31, 2007

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION TO A BRIEFING SCHEDULE
C-07-4428-MMC                                   2