IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAVNEET GHOTRA,

        Petitioner,

  v.

MICHAEL CHERTOFF, et al.,

        Respondents.
                                          /

No. CV-07-4428 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** petitioner's Petition for a Writ of Habeas Corpus is hereby DENIED.

Dated: October 15, 2007                                  Richard W. Wieking, Clerk

                                                              By: Tracy Lucero
                                                              Deputy Clerk